# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### STATESBORO DIVISION

| | |
|---|---|
| BARTOW C. DUTTON ) | Civil Action File No. CV613-058 |
| ) | |
| EDNA R. DUTTON ) | |
| ) | |
| PLAINTIFFS ) | **ORDER FOR SUBSTITUTION** |
| ) | **OF PARTIES** |
| ) | |
| V. ) | |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| DEFENDANT ) | |

The Plaintiff **EDNA R. DUTTON** filed a motion for substitution of parties pursuant to FRCP 25 showing the Court that she was appointed Administrator of the Estate of Bartow C. Dutton, her late husband and a named Plaintiff herein. The Court having considered the same, hereby GRANTS the said motion and the Clerk is directed to amend the caption of the case to reflect this substitution of a party.

So Ordered this 2nd day of January, 2014.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA