# United States District Court
## *Southern District of Georgia*

Edna R. Dutton, as Administrator of the Estate of Bartow C. Dutton,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV613-58,

United States of America,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 11/25/14, granting the motion for summary judgment, judgment is hereby entered dismissing the case.

11/25/14
*Date*

Scott L.
(By) Deputy Clerk